UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO. _____

CLAIRE LAMBERT,

      Plaintiff,

vs.

SIGNATURE HEALTHCARE, LLC,
LP MANAGER, LLC, LPMM, INC.,
STAKEHOLDER PAYROLL SERVICES,
LLC f/k/a SIGNATURE PAYROLL
SERVICES, LLC, LP LAKE WORTH,
LLC, and SIGNATURE HEALTHCARE
CONSULTING SERVICES, LLC.,

      Defendants.

_____/

## NOTICE OF REMOVAL

Defendants, LPMM, Inc., Stakeholder Payroll Services, LLC, LP Lake Worth, LLC, and

Signature Healthcare Consulting Services (collectively, "Defendants"), pursuant to 28 U.S.C. §§

1331, 1441, and 1446, hereby remove this action from the Circuit Court of the Fifteenth Judicial

Circuit, in and for Palm Beach County, Florida, where the action is now pending, to the United

States District Court for the Southern District of Florida, Palm Beach Division.  The removal of

this action is based upon the following:

### I.  INTRODUCTION

1.  On or about August 30, 2018, Plaintiff, Claire Lambert ("Plaintiff"), filed an

action in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County,

Florida, entitled *Lambert v. Signature Healthcare, LLC d/b/a Signature Healthcare of Palm

Beach, LP Manager, LLC, LPMM, Inc.,* Case No. 502018CA011XXXXMB Division AJ

("Circuit Court Action").  True and correct copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file in the Circuit Court Action are attached hereto as Composite Exhibit "A"  ("State Court File").

2.      Defendant, LPMM, Inc., was served on or about September 4, 2018.  Defendants Signature Healthcare, LLC and LP Manager, LLC were served on or about September 6, 2018. Defendants, Signature Healthcare, LLC, LP Manager, LLC and LPMM, Inc. consent to the removal of this cause to this Court.

3.      On October 17, 2018, the undersigned counsel accepted service on behalf of the remaining Defendants, Stakeholder Payroll Services, LLC, LP Lake Worth, LLC, and Signature Healthcare Consulting Services. *See* Exhibit "B" ("Waiver of Service"). The undersigned law firm represents all of the defendants in the instant lawsuit.

## FEDERAL QUESTION JURISDICTION

4.      Plaintiff's initial Complaint contained claims against Defendants, Signature Healthcare, LLC, LP Manager, LLC and LPMM, Inc., for workers' compensation retaliation under section 440.205, Florida Statutes, violation of the Fair Labor Standards Act, 29 U.S.C. § 216 (b) ("FLSA), interference under the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq*. ("FMLA") and unjust enrichment.  (*See* State Court File, Complaint).

5.      In Count II, Plaintiff alleged that Defendants interfered with her rights under the FMLA.  *See id*.  With respect to the FLSA claim in Count III, Plaintiff alleged she is owed overtime premiums under the FLSA.  *See id*.

6.      On September 25, 2018, Plaintiff amended the Complaint re-alleging the same causes of action as asserted in the initial Complaint.  In the Amended Complaint, however,

Plaintiff added as Defendants - Stakeholder Payroll Services, LLC, LP Lake Worth, LLC and Signature Healthcare Consulting Services, LLC.

7.      Plaintiff has not issued summons and/or formal service of the Amended Complaint.   Instead, Plaintiff requested for undersigned counsel to accept service of the Amended Complaint on behalf of the newly added defendants, Stakeholder Payroll Services, LLC, LP Lake Worth, LLC and Signature Healthcare Consulting Services, LLC.

8.      On October 17, 2018, undersigned counsel accepted service of the Amended Complaint on behalf of defendants, Stakeholder Payroll Services, LLC, LP Lake Worth, LLC and Signature Healthcare Consulting Services, LLC.

9.      While Defendants deny Plaintiff's allegations and asserts that no violation of law occurred to give rise to the instant cause of action, this matter is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted claims under the FLSA and FMLA.    In addition, the District and Division embracing the place where this action is presently pending is the United States District Court for the Southern District of Florida, Palm Beach Division.  As such, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

10.      Moreover, removal is timely as the "last served defendant" rule applies in this multi-defendant case. *Jones v. Commonwealth Land Title Ins. Co.*, 459 Fed. Appx. 808, 810 (11th Cir. 2012) (for multi-defendant litigation and when defendants are served on different days,  "each defendant has thirty days from the date of formal service of process to file a notice of removal"), *cert denied*, 133 S. Ct. 35 (2012); *Bailey v. Janssen Pharmaceutica, Inc.,* 536 F. 3d 1202, 1208-09 (11th Cir. 2008) (each defendant is permitted to file a timely motion for removal within thirty days of receipt of service) (citing *Murphy Brothers, Inc. v. Michetti Pipe Stringing,*

3

*Inc.*, 526 U.S. 344, 347-48 (1999)); *see* 28 U.S.C. §1446(b)(2)(B).

11.     As stated above, Defendants, Stakeholder Payroll Services, LLC, LP Lake Worth, LLC and Signature Healthcare Consulting Services, LLC, were not parties in the initial Complaint and were only served as of October 17, 2018, when undersigned counsel accepted service on their behalf. *See* Ex. B.

12.     Thus, this Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), within 30 days from the date on which Defendants, Stakeholder Payroll Services, LLC, LP Lake Worth, LLC and Signature Healthcare Consulting Services, LLC, were served with the Amended Complaint.

13.     Defendants, Signature Healthcare, LLC, LP Manager, LLC and LPMM, Inc. consent to the removal of this cause to this Court.  *See* 28 U.S.C. §1446(b)(2)(C) ("if defendants are served at different times, and a later-served defendant files a notice of removal, any earlier served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal).

14.     Furthermore, pursuant to 28 U.S.C. § 1446(d), removing defendants provided written notice of the removal to Plaintiff in this action in that defendants have contemporaneously filed a copy of this Notice of Removal in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.  A copy of the Notice of Filing Notice of Removal is attached as Exhibit "C."

## CONCLUSION

WHEREFORE, Defendants, Stakeholder Payroll Services, LLC, LP Lake Worth, LLC, and Signature Healthcare Consulting Services, respectfully request that this action now pending

4

in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, be removed to this Court.

DATED this 22nd day of October, 2018

Respectfully submitted,

By: /s/ *Lindsay M. Alter*

Sherril M. Colombo, Esq.
Florida Bar No. 948799
Email:  SColombo@littler.com
Lindsay M. Alter, Esq.
Florida Bar No. 103237
Email:   LAlter@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue
Suite 2700
Miami, FL  33131
Telephone:   305.400.7500
Facsimile:    305.603.2552

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of October 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

s/ *Lindsay M. Alter*
Lindsay M. Alter

5

## SERVICE LIST

| | |
|---|---|
| Alejandro F. Garcia, Esq.<br>Florida Bar No. 98505<br>E-Mail:  agarcia@rgmlawfirm.com<br>Will B. Ramhofer, Esq.<br>Florida Bar No. 0107744<br>E-Mail:  wramhofer@rgmlawfirm.com<br>Secondary: service@rgmlawfirm.com<br>RAMHOFER GARCIA & MOORE, PLLC<br>100 Southeast 2nd Street, Suite 2000<br>Miami, FL 33131<br>Telephone: (305) 481 9733<br>Facsimile:  (954) 697-0341 | Sherril Colombo, Esq.<br>Florida Bar No. 0948799<br>E-mail: SColombo@littler.com<br>Lindsay M. Alter, Esq.<br>Florida Bar No. 103237<br>E-mail: LAlter@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 Se 2nd Avenue<br>Suite 2700<br>Miami, FL 33131<br>Phone: 305-400-7500<br>Fax: 305-6032552 |

FIRMWIDE:158884029.2 078855.1005